Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31899−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samuel Ruiz
   421 Mechanic Street
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−4643

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          2/15/17
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 20, 2016
JJW: llb

James J. Waldron
Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-31899-CMG
Samuel Ruiz                                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2016
                             Form ID: 132             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db             +Samuel Ruiz,    421 Mechanic Street,    Perth Amboy, NJ 08861-3508
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTI,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516502188      +Kevitz McKeever Lee, PC,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
516502189      +Middlesex County Sheriff Dept.,    40 Livingston Ave,    New Brunswick, NJ 08901-2521
516502187      +Seneca Mortgage Servicing LLC,    611 Jamison Road,    Elma, NY 14059-9392
516505353      +Wells Fargo Bank, NA,    PO Box 3569,   Rancho Cucam, CA 91729-3569
516505354      +Yolanta Ruiz,   421 Mechanic Street,    Perth Amboy, NJ 08861-3508
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2016 22:59:53     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2016 22:59:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516520132       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2016 23:01:46
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
516502186      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 20 2016 23:00:11
                 Bayview Loan Servicing,    62516 Collection Center Drive,   Chicago, IL 60693-0625
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA
               TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR WINSTED FUNDING TRUST 2015-1
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                             TOTAL: 2
```