**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

　　　　　　　　　　　　　　　　Case No.: 16−31899−CMG
　　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Samuel Ruiz
　　421 Mechanic Street
　　Perth Amboy, NJ 08861

Social Security No.:
　　xxx−xx−4643

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/17.

　　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2017
JAN: bwj

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-31899-CMG
Samuel Ruiz                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2017
                              Form ID: 148             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db          +Samuel Ruiz,   421 Mechanic Street,    Perth Amboy, NJ 08861-3508
cr          +WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTI,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516502188   +Kevitz McKeever Lee, PC,   701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
516502189   +Middlesex County Sheriff Dept.,   40 Livingston Ave,    New Brunswick, NJ 08901-2521
516502187   +Seneca Mortgage Servicing LLC,   611 Jamison Road,    Elma, NY 14059-9392
516505354   +Yolanta Ruiz,   421 Mechanic Street,    Perth Amboy, NJ 08861-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516520132    EDI: AIS.COM Feb 22 2017 23:43:00     American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
516502186   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 22 2017 23:56:03
              Bayview Loan Servicing,   62516 Collection Center Drive,   Chicago, IL 60693-0001
516576225    EDI: WFFC.COM Feb 22 2017 23:38:00     Wells Fargo Bank N.A.,,
              d/b/a Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA 92623-9657
516505353   +EDI: WFFC.COM Feb 22 2017 23:38:00     Wells Fargo Bank, NA,    PO Box 3569,
              Rancho Cucam, CA 91729-3569
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA
               TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR WINSTED FUNDING TRUST 2015-1
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                             TOTAL: 2